Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00055-CR

## EX PARTE MARTIN JUDE RODRIGUEZ

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2006-W-0282
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Justice
                  Phylis J. Speedlin, Justice
                  Rebecca Simmons, Justice

Delivered and Filed:   April 8, 2009

DISMISSED

On March 17, 2009, appellant filed a motion to withdraw his appeal. The motion is

**GRANTED**, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH